**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FENNER INVESTMENTS, LTD.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:08-CV-00061** |
| | § | |
| **3COM CORPORATION ET AL.,** | § | |
| | § | |
| **DEFENDANTS.** | § | |
| | § | |

## JOINT MOTION TO DISMISS

Plaintiff Fenner Investments, Ltd. ("Fenner") and 3COM Corporation ("3COM") have agreed to settle all claims for relief asserted by Fenner against 3COM in the above entitled action. Therefore, in accordance with Federal Rule of Civil Procedure 41, Fenner and 3COM respectfully move the Court to dismiss all claims for relief asserted by the parties or which could have been asserted by the parties with prejudice and in support thereof would show the Court as follows:

Fenner and 3COM executed a Settlement Agreement, which became effective on or before January 27, 2009, and all matters in controversy between Fenner and 3COM have been settled and comprised.

WHEREFORE, PREMISES CONSIDERED, Fenner and 3COM request that, in accordance with the terms of the Settlement Agreement, all claims for relief asserted by the parties or which could have been asserted by the parties are dismissed with prejudice and each party shall bear its own attorneys' fees and costs in connection with this action.

Respectfully submitted this 11th day of March, 2009,

*/s/ Brett C. Govett*

Robert M. Chiaviello, Jr.
Texas Bar No. 04190720
**Lead Attorney**
Brett C. Govett
Texas Bar No. 08235900
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: bobc@fulbright.com
Email: bgovett@fulbright.com

COUNSEL FOR PLAINTIFF
FENNER INVESTMENTS, LTD.

/s/ *Harry Lee Gillam Jr.*

Harry Lee Gillam, Jr
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
903-934-9257 (fax)
gil@gillamsmithlaw.com

COUNSEL FOR 3COM Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 11th day of March, 2009.

*/s/ Brett C. Govett*

Brett C. Govett