# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **FENNER INVESTMENTS, LTD.** | § | |
| | § | |
| v. | § | NO. 6:08-cv-61 |
| | § | |
| **3COM CORP., et al.** | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to the Orders dismissing the claims of all parties, the Court hereby enters Final Judgment. The dismissed Defendants in this case are: Foundry Networks, Inc. (Doc. No. 208); ZyXEL Communications, Inc. (Doc. No. 221); 3Com Corporation (Doc. No. 232); SCM Networks, Inc. (Doc. No. 247); Tellabs North America, Inc, and Tellabs, Inc. (Doc. No. 249); D-Link Systems, Inc. (Doc. No. 259); Netgear, Inc (Doc. No. 260); Extreme Networks, Inc. (Doc. No. 326); and Enterasys Networks, Inc.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 11th day of January, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**